# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-2936
_____

REGINALD A. WALKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

September 19, 2022


PER CURIAM.

DISMISSED.

KELSEY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Reginald A. Walker, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.